IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
MAY 04 2021
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. CR 21-117 G |
| -vs- ) | |
| ) | Violation: 18 U.S.C. § 641 |
| ANTHONY RAY JONES, ) | |
| ) | |
| Defendant. ) | |

**I N D I C T M E N T**

The Federal Grand Jury charges:

**COUNT 1**
**(Receiving Stolen Government Money)**

From on or about May 4, 2016, through on or about August 22, 2019, in the Western District of Oklahoma,

------------------------------------ **ANTHONY RAY JONES** ----------------------------------

willfully and knowingly received, concealed, and retained stolen money belonging to the United States, the aggregate value of which was greater than $1,000.00, with the intent to convert the money to his use, knowing the money to have been embezzled, stolen and converted. In particular, **JONES** received and retained Federal Employees' Compensation Act funds, to which **JONES** knew he was not entitled, the benefits having a value of approximately $55,210.50.

2

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
Acting United States Attorney

BOW BOTTOMLY
Assistant United States Attorney

2